*UNITED STATES DISTRICT COURT*
**DISTRICT OF ARIZONA**

**United States of America**

   **v.**

**Jesus Lionel Sanchez-Meza**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed on or After November 1, 1987)

No.  CR 11-00150-005-TUC-DCB(BPV)

Ramiro Flores (CJA)
Attorney for Defendant

USM#: 73492-208      ICE#: A088361672

**THERE WAS A** verdict of guilty on 10/1/2015 as to Count 1, 2, 3, 4, 5 - 8 and 9 of the Fifth Superseding Indictment..

**ACCORDINGLY, THE COURT HAS ADJUDICATED THAT THE DEFENDANT IS GUILTY OF THE FOLLOWING OFFENSE(S):** violating Title 18, U.S.C. §1111 and 1114 and 328 U.S. 640(1946), First Degree Murder, a Class A Felony offense, as charged in Count 1 of the Superseding Indictment; Title 18, U.S.C. §1951, Conspiracy to Interfere with Commerce by Robbery, a Class C Felony offense, as charged in Count 3 of the Superseding Indictment; Title 18, U.S.C. §111(a) and 111(b) and 328 U.S. 640 (1946), Assault on a Federal Officer, a Class C Felony offense, as charged in Count 6 - 8 of the Superseding Indictment; Title 18, U.S.C. §924(c)(1)(A)(i), 924(c)(1)(A)(ii), and 924(c)(1)(A)(iii) and 328 U.S. 640 (1946), Use and Carrying a Firearm During a Crime Violence, a Class A Felony offense, as charged in Count 9 of the Fifth Superseding Indictment.

**IT IS THE JUDGMENT OF THIS COURT THAT** the defendant is hereby committed to the custody of the Bureau of Prisons for a term of  **LIFE** on Count 1, and **TWO HUNDRED FORTY (240) MONTHS** on Counts 3, 6, 7 and 8 to run concurrently, and **ONE HUNDRED TWENTY (120) MONTHS** on Count 9 to run consecutive, with credit for time served.

**IT IS ORDERED** on motion of the United States that convictions on counts 2, 4 and 5 are vacated without prejudice and the entry of judgment and imposition of sentence on said counts is suspended. Convictions on said counts 2, 4 and 5 may be reinstated if Count 1 were to be overturned by the circuit court or set aside by collateral attack.

**CRIMINAL MONETARY PENALTIES**

The defendant shall pay to the Clerk the following total criminal monetary penalties:

   **SPECIAL ASSESSMENT:**  $600.00     **FINE:**  WAIVED     **RESTITUTION:**  N/A

The defendant shall pay a special assessment of $600.00, which shall be due immediately.

The Court finds the defendant does not have the ability to pay a fine and orders the fine waived.

CR 11-00150-005-TUC-DCB(BPV) Page 2 of 2
USA vs. Jesus Lionel Sanchez-Meza

If incarcerated, payment of criminal monetary penalties are due during imprisonment at a rate of not less than $25 per quarter and payment shall be made through the Bureau of Prisons' Inmate Financial Responsibility Program. Criminal monetary payments shall be made to the Clerk of U.S. District Court, Attention: Finance, Suite 130, 401 West Washington Street, SPC 1, Phoenix, Arizona 85003-2118. Payments should be credited to the various monetary penalties imposed by the Court in the priority established under 18 U.S.C. § 3612(c). The total special assessment of $600.00 shall be paid pursuant to Title 18, United States Code, Section 3013 for Count 1, 3, 6 - 8 and 9 of the Superseding Indictment.

**THE DEFENDANT IS ADVISED OF DEFENDANT'S RIGHT TO APPEAL BY FILING A NOTICE OF APPEAL IN WRITING WITHIN 14 DAYS OF ENTRY OF JUDGMENT.**

The Court orders commitment to the custody of the Bureau of Prisons.

Date of Imposition of Sentence: **Wednesday, December 9, 2015**

DATED this 9th day of December, 2015.

David C. Bury
United States District Judge

**RETURN**

I have executed this Judgment as follows:_____

Defendant delivered on _____ to _____ at _____, the institution designated by the Bureau of Prisons, with a certified copy of this judgment in a Criminal case.

_____   By:_____
United States Marshal                           Deputy Marshal

CR 11-00150-005-TUC-DCB(BPV) - Osorio-Arellanes, et al