FILED

JAN 24 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>IVAN SOTO-BARRAZA,<br><br>    Defendant-Appellant. | No.   15-10586<br><br>D.C. No.<br>4:11-cr-00150-DCB-BPV-3<br>District of Arizona,<br>Tucson<br><br>ORDER |
| UNITED STATES OF AMERICA,<br><br>    Plaintiff-Appellee,<br><br>v.<br><br>JESUS LIONEL SANCHEZ-MEZA,<br>AKA Leonel Meza-Portillo, AKA Lionel<br>Meza-Portillo, AKA Leonel Portillo-Meza,<br>AKA Lionel Portillo-Meza, AKA Jesus<br>Leonel Sanchez-Meza,<br><br>    Defendant-Appellant. | No.   15-10589<br><br>D.C. No.<br>4:11-cr-00150-DCB-BPV-5<br>District of Arizona,<br>Tucson |

Before: IKUTA and HURWITZ, Circuit Judges, and MCSHANE,[*] District Judge.

---

[*]   The Honorable Michael J. McShane, United States District Judge for the District of Oregon, sitting by designation.

The Clerk shall administratively close this docket pending a ruling by this court in *United States v. Begay*, 14-10080. No mandate shall issue, and this order does not constitute a dismissal or other ruling on the merits of this appeal. Appellate proceedings will remain in abeyance pending further order of this Court.